**08 C 112**

# EXHIBIT A

**JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS**

```
              STEVE'S PIZZA
             7242 W. TOUHY AVE.
              CHICAGO   IL 60631
=========================================
 MID: 459211063         00256590001
                    SALE
 TRANS NO: 035     GUEST CHECK NO: 090000
 SERVER NO: 85      BARTENDER NO: 00

 ACCT NUMBER: *MC REDACTED
 EXP: REDACTED
 DATE: 12/01/07    TIME: 18:59

 APPROVED 085334

 MEAL AMT        $     33.50

 SUB TOTAL       $     33.50

 TIP             $      6.00

 TOTAL           $     39.50

        * THANK YOU *

 X_____
   SIGNATURE
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```