**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 7, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**KC**

In the Matter of                                                      Case Number:

 MEREDITH CUNNINGHAM, et al.

 v.

 STEVE'S PIZZA INCORPORATED

**08 C 112**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 PLAINTIFF MEREDITH CUNNINGHAM

**JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS**

| |
|---|
| NAME (Type or print)<br> ALEX HAGELI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/  Alex Hageli |
| FIRM<br> LAW OFFICE OF ALEX M. HAGELI |
| STREET ADDRESS<br> 435 S CLEVELAND AVENUE, SUITE 306 |
| CITY/STATE/ZIP<br> ARLINGTON HEIGHTS, IL  60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272337 | TELEPHONE  NUMBER<br> 847-392-4832 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |