### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MEREDITH CUNNINGHAM,** ) | |
| ) | |
| on behalf of herself and all others ) | |
| similarly situated, ) | Case No. 08 C 112 |
| ) | |
| Plaintiff, ) | Judge Andersen |
| ) | |
| vs. ) | Magistrate Judge Keys |
| ) | |
| ) | |
| **STEVE'S PIZZA INCORPORATED,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Meredith Cunningham, by and through her attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to her individual claims with prejudice and without an award of costs or attorneys' fees to either party.

DATED:  March 6, 2008                                      Respectfully submitted,


                                                           s/ Alex Hageli
                                                           Alex Hageli
                                                           LAW OFFICE OF ALEX M. HAGELI
                                                           435 South Cleveland Avenue, Suite 306
                                                           Arlington Heights, IL  60005
                                                           (847) 392-4832
                                                           alex@hageli.com

                                                           **ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I hereby certify, on this 6th day of March, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically.  Parties may access this filing through the Court's ECF system.

s/ Alex Hageli

2